NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRAGENT, LLC,**
*Appellant*

**v.**

**BMW OF NORTH AMERICA, LLC,**
*Appellee*

---

2022-2062

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00417.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          STRAGENT, LLC v. BMW OF NORTH AMERICA, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

May 15, 2023
    Date               /s/ Peter R. Marksteiner
                           Peter R. Marksteiner
                           Clerk of Court

**ISSUED AS A MANDATE:** May 15, 2023